# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IOLANDA MAZZARA<br><br>Plaintiff,<br><br>vs.<br><br>CLUB 15, LLC and STEVEN VERBESKY<br><br>Defendants. | Docket No. 22-cv-07307 |

### NOTICE OF MOTION FOR DEFAULT JUDGMENT

**To:** **Club 15 LLC**
**619 Route 15 South**
**Jefferson NJ 07849**

**Steven Verbesky**
**c/o Club 15 LLC**
**619 Route 15 South**
**Jefferson NJ 07849**

**PLEASE TAKE NOTICE** that on May 6, 2024, at 9:00 AM, or as soon thereafter as counsel may be heard, Plaintiff shall move for an entry of an Order for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff shall rely upon the accompanying Memorandum of Law and attached exhibits and declarations. A proposed form of Order is submitted herewith.

    Respectfully submitted,

*/s/ Joshua S. Boyette*
Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
9 Tanner Street, Suite 101
Haddonfield, NJ 08033
Ph: (856) 685-7420
Fax: (856) 685-7417

Date:   April 12, 2024