# ARLEO & DONOHUE, L.L.C.
ATTORNEYS AT LAW

| | |
|---|---|
| Frank P. Arleo | 622 Eagle Rock Avenue |
| Timothy M. Donohue | West Orange, NJ  07052 |
| Jo Ann K. Dobransky | Telephone:  (973) 736-8660 |
| | Fax:  (973) 736-1712 |

March 19, 2025

Honorable Jessica S. Allen, U.S.M. J.
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      RE:  Mazzara v. New Club 15, Inc., et al.
           Civil Action No.: 2:22-cv-7307 (SRC) (JSA)

Dear Judge Allen:

  Our firm represents defendants New Club 15 and Anthony Massa in connection with the above referenced matter. Presently scheduled before this Court is a status conference on Thursday, March 27, 2025.   I am writing to request a brief adjournment of the conference insofar as I will be out of the office until the end of March.  Counsel for plaintiff consents to this request.

  Thank you for Your Honor's consideration.

                Respectfully,

                */s/ Jo Ann K. Dobransky*

                Jo Ann K. Dobransky

JKD: mm

**\*The request is GRANTED. The Settlement Conference by Video Conference is rescheduled for 4/11/25 at 12:00 p.m. The Court will provide the connection information in advance.  All parties, client representatives, and/or insurance claims adjusters with ACTUAL AND FULL settlement authority are required to be present.
On or before 4/9/25, the parties shall fax confidential settlement position papers of five (5) pages or less to Chambers (973-645-4549).**

**SO ORDERED**

***/s/ Jessica S. Allen***
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 3/19/25