
ATTORNEYS AT LAW

9 Tanner St., Suite 101
Haddonfield, NJ 08033
Tel: (856) 685-7420
Fax: (856) 685-7417
jboyette@swartz-legal.com

May 28, 2025

**Via ECF**
Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Mazzara v. New Club 15, Inc., et al., Civil Action No. 2:22-cv-7307

Dear Judge Allen:

I respectfully request an adjournment of the remote settlement conference currently scheduled for June 3, at 2:30 PM, in the above referenced matter. An unavoidable scheduling conflict in another case has arisen that prevents my appearance at the scheduled conference, which cannot be rescheduled due to witness and party availability issues in that matter. I have contacted opposing counsel, who has no objection to this adjournment request.

I apologize for the inconvenience to the Court. Thank you for your Honor's consideration.

Respectfully submitted,

*/s/ Joshua S. Boyette, Esq.*
Joshua S. Boyette, Esq.
Attorney for Plaintiff
Swartz Swidler LLC

***The adjournment request is GRANTED. The Settlement Conference is adjourned until 8/5/25 at 12:30 p.m. The parties' settlement position papers are due on or before 7/31/25.**

**SO ORDERED**

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 5/29/25