## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IOLANDA MAZZARA<br><br>          **Plaintiff,**<br>vs.<br><br>NEW CLUB 15 INC. d/b/a CLUB 15., et al.<br><br>          **Defendants.** | **CIVIL ACTION NO.:**<br><br>**2:22-cv-7307-SRC-JSA CLOSED** |

### CONSENT ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the joint application of all parties

for dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local

Rule 41.1(b);

IT IS on this 29TH day of SEPTEMBER, 2025, hereby

ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each

party to bear its own costs and attorneys' fees.

                                        **s/Stanley R. Chesler, U. S. D. J.**

                                        J.

*/s/ Joshua Boyette*
 Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
9 Tanner St. Ste 101
Haddonfield NJ 08033
Phone: (856) 685-7420
Fax: (856) 685-7417
 Attorney for Plaintiff

*/s Joann K. Dobransky*
**Joann K. Dobransky**
O'Toole Scrivo LLC
14 Village Park Road
Cedar Grove, Nj 07009
Phone: (973) 239-5700
Fax: (973) 239-3400
Attorney for Defendant

Dated:  September 29, 2025